IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

SHAWN SHUMATE,                                                CV. 07-1175-KI

          Plaintiff,                                           ORDER
  v.

DON MILLS, et al.,

          Defendants.

KING, Judge

    Plaintiff has filed a document (#12) captioned "Complaint on Defendants Attorney" wherein he complains that defense counsel has sent legal mail to him without stamping the envelope "Legal Mail". As a result, plaintiff's legal mail allegedly has been opened and inspected by prison officials. I construe plaintiff's document as a motion for preliminary injunction to require defendants to stamp their mail to plaintiff with the words "Legal Mail".

    The motion is denied on the basis that plaintiff failed to include a certificate of service demonstrating that the motion was served on opposing counsel, or make a showing as to why service of

1 -- ORDER

the motion should not be required.  <u>See</u> Fed. R. Civ. P. 65(a)(1) & (b).

## **CONCLUSION**

Based on the foregoing, plaintiff's motion for preliminary injunction (#12) is DENIED.

IT IS SO ORDERED.

DATED this ____8<u>th</u>____ day of February, 2008.

                                                   /s/ Garr M. King
                                                 Garr M. King
                                                 United States District Judge